**[DODSMDEF]** [D/O Dismissing for Deficiencies]



**Done and Ordered as set forth below in TAMPA, Florida on September 6, 2012**

BY THE COURT

_____
K. Rodney May
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                                  Case No. 8:12–bk–12383–KRM
                                                                                                        Chapter 13

James Bernard Hebin

_____Debtor*_____/

ORDER DISMISSING CASE

   The Debtor has failed to file or correct deficiencies in the item(s) indicated below by September 4, 2012. The Court advised the Debtor of these requirements in either a Clerk's Notice of Filing Requirements or by separate Order of the Court.

  Failure to file a Chapter 13 Plan.

  Failure to file Schedules A–J.

  Failure to file Statement of Financial Affairs.

  Failure to file Statement of Current Monthly Income.

Failure to file the Statement of Social Security Number.

    Accordingly, it is **ORDERED:**

1. The case is dismissed without a discharge.

2. If the automatic stay imposed by 11 U.S.C. Section 362(a) or Section 1301 is in effect at the time this Order is entered, the stay is extended for 14 days from the date of this Order, notwithstanding the provisions of 11 U.S.C. Section 362(c)(2)(B). If the Debtor files a motion for relief from this Order within the 14–day period, then the stay will remain in effect until the Court rules on such timely filed motion.

3. All pending hearings are cancelled with the exception of any hearing on an Order to Show Cause over which the Court reserves jurisdiction.

4. The Debtor(s) shall immediately pay to the Clerk, U.S. Bankruptcy Court, $281.00 for the balance of the filing fee as required by 28 U.S.C. Section 1930.

5. The Trustee is discharged from any further duties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

    Copies furnished to:
    All interested parties